COM.

v.

PFENDER, C.

839 WDA 2016

Superior Court of Pennsylvania.

05/03/2017

CP–02–CR–0008537–1984 (Allegheny)

Affirmed

TAYLOR, E.

v.

WARREN, L.

973 WDA 2016

Superior Court of Pennsylvania.

05/03/2017

AR 15–2036 (Allegheny)

Appeal Dismissed

IN RE: K.S.T.C., a minor

Appeal of: B. W.

1790 WDA 2016

Superior Court of Pennsylvania.

05/03/2017

CP–02–AP–0000003–2016 (Allegheny)

Affirmed

COM.

v.

ATKERSON, C.

1861 EDA 2015

Superior Court of Pennsylvania.

05/04/2017

CP–51–CR–0012812–2011 (Philadelphia)

Affirmed

COM.

v.

LEWIS, L.

3253 EDA 2015

Superior Court of Pennsylvania.

05/04/2017

CP–51–CR–0010105–2013
(Philadelphia)

Vacated/Remanded

The BANK OF NEW YORK MELLON

v.

DIMOU, J.

3804 EDA 2015

Superior Court of Pennsylvania.

05/04/2017

No. 2014–C–2609 (Lehigh)

Affirmed